IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Gippy's Internet Solutions, L.L.C.,

Civil No. 12-cv-01077 JRT/SER

Plaintiff,

v.

**ACCEPTANCE OF SERVICE**

EllisLab, Inc.,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


The undersigned hereby accepts service of the Summons and Complaint in the

above-captioned matter as if they had been duly served in person upon EllisLab, Inc., on

the date indicated below.

Dated: May ___17___, 2012.

Matthew A. Levin
Stacy R. Owen
MARKOWITZ, HERBOLD, GLADE
& MEHLHAF, P.C.
Suite 3000
Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204-3730
Attorneys for Defendant EllisLab, Inc.



RECEIVED
MAY 2 1 2012